IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HELIODORO ALEJANDRE, on behalf
of the Estates of Ramona Alejandre, deceased,
and A.A., a deceased minor,

      Plaintiffs,

vs.                  No. 1:10-CV-00658-JEC-WDS

FORD MOTOR COMPANY, and
WESTERN MOTORS, INC.,

      Defendants.

STIPULATION OF DISMISSAL AS TO
DEFENDANT WESTERN MOTORS, INC. ONLY

Plaintiff files this stipulation of dismissal under Federal Rule of Civil Procedure
41(a)(1)(A)(ii).

    1.   Plaintiff is Heliodoro Alejandre, on behalf of the Estates of Ramona Alejandre, Deceased and A.A., a deceased minor; Defendant in question is Western Motors, Inc., who has not answered or appeared.

    2.   On July 2, 2010, Plaintiff sued Defendants.

    3.   Plaintiff seeks dismissal of Plaintiff's claims against Western Motors, Inc. only.

    4.   Defendant Ford Motor Co., who has been served and answered, agrees to the dismissal.

    5.   This case is not a class action.

    6.   A receiver has not been appointed in this case.

    7.   This case is not governed by any federal statute that requires a court order for dismissal of the case.

    8.   Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

    9.   This dismissal is without prejudice to refiling.

Respectfully submitted,

Gilbert Arrazolo
ARRAZOLO LAW, P.C.
715 Tijeras NW
Albuquerque, New Mexico  87102
Telephone: (505) 842-5924
Facsimile:  (505) 242-3125


By: _____
Gilbert Arrazolo


LAW OFFICES OF JAMES B. RAGAN
723 Coleman Avenue
Corpus Christi, Texas  78401
Telephone: (361) 884-7787
Facsimile: (361) 884-9144


By: _____
James B. Ragan
State Bar No. 24745

**ATTORNEYS FOR PLAINTIFFS**


Agreed to By:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: *approval received via email on August 20, 2010*
Jeffrey M. Croasdell
Todd E. Rinner
Post Office Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Fax: (505) 768-7395
*Attorneys for Ford Motor Company*