IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**HELIODORO ALEJANDRE, on behalf
of the Estates of Ramona Alejandre, deceased,
and A.A., a deceased minor,**

**Plaintiffs,**

vs.                                         No. 1:10-CV-00658-JEC-WDS

**FORD MOTOR COMPANY, and
WESTERN MOTORS, INC.,**

**Defendants.**

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE