IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HELIODORO ALEJANDRE, on behalf
of the Estates of Ramona Alejandre, deceased,
and A.A., a deceased minor,

    Plaintiff,

vs.          No. 1:10-CV-00658-JEC-WDS

FORD MOTOR COMPANY,

    Defendant.

## NOTICE OF SETTLEMENT

Defendant Ford Motor Company, by and through undersigned counsel, hereby provides notice that the parties to this litigation have reached a confidential settlement of all issues, and the settlement conference scheduled for January 5, 2011, may be vacated.

DATED: January 4th, 2011.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A

By: _____
    Jeffrey M. Croasdell
    Todd Rinner
Attorneys for Defendant Ford Motor Company
Post Office Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395

**CERTIFICATE OF SERVICE**:
I hereby certify that a true and correct copy of the foregoing pleading, with attachments, if any, was served on all counsel of record via the Court's CM/ECF electronic filing system on this 4th day of January 2011.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: _____
    Todd Rinner