IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HELIODORO ALEJANDRE, on behalf
of the Estates of Ramona Alejandre, deceased,
and A.A., a deceased minor,

      Plaintiffs,

vs.                              No. 1:10-CV-00658-JEC-WDS

FORD MOTOR COMPANY,

      Defendant.

## STIPULATED DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant Ford Motor Company, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), that the claims asserted by Plaintiffs against Defendant in the above-captioned matter, as well as any claims that could have been asserted but were not, are hereby dismissed **with prejudice**. The parties further stipulate that they shall each bear their own fees and costs.

Filed and Submitted By:          RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A

                                          By: /s/ _____
                                          Jeffrey M. Croasdell
                                          Todd Rinner
                                          Attorneys for Defendants
                                          Post Office Box 1888
                                          Albuquerque, NM 87103
                                          Telephone: (505) 765-5900
                                          Facsimile: (505) 768-7395

**AGREED:**
By: *approval received via email on March 30, 2011*
James B. Ragan
Law Offices of James B. Ragan
723 Coleman Avenue

Corpus Christi, TX  78401
361-884-9144 (f)
jimragan@aol.com
Attorney for Plaintiffs

Gilbert Arrazolo
Arrazolo Law, Inc.
715 Tijeras NW
Albuquerque, NM  87102
505-242-3125 (f)
arrazolo01@yahoo.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**:
I hereby certify that a true and correct copy of the foregoing pleading, with attachments, if any, was served on all counsel of record via the Court's CM/ECF electronic filing system on this 30th day of March 2011.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: *[signature]*
Todd Rinner